SUPERIOR COURT OF THE STATE OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH HERNANDEZ, DECEASED, by and through his successors in interest, D.H. and E.H., individually, by and through their guardian ad litem ANDREA BAKER; and CYNTHIA HERNANDEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a public entity, and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: 5:21-cv-02076-JGB-SP<br>Judge: Jesus G. Bernal<br>Magistrate Judge: Sheri Pym<br><br>**JUDGMENT** |

# **JUDGMENT**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Since the Court has denied Plaintiffs ISAIAH HERNANDEZ, DECEASED, by and through his successors in interest, D.H. and E.H., individually, by and through their guardian ad litem ANDREA BAKER, and CYNTHIA HERNANDEZ, individually (collectively, "Plaintiffs") all relief in this lawsuit, Judgment in favor of Defendant COUNTY OF SAN BERNARDINO dismissing it with prejudice is proper.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Plaintiffs' First Amended Complaint (Dkt. No. 17) and Defendant COUNTY OF SAN BERNARDINO are DISMISSED WITH PREJUDICE;

2. That Judgment is entered in favor of Defendant COUNTY OF SAN BERNARDINO and against Plaintiffs;

3. That Plaintiffs take nothing from this lawsuit against Defendant COUNTY OF SAN BERNARDINO; and

4. That Defendant COUNTY OF SAN BERNARDINO, as the prevailing party, shall recover costs against Plaintiffs.

Dated: January 6, 2023

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT